35341. JOHNSON, administrator, etc. *v.* TALMADGE, Governor.

NICHOLS, J. In the present case the administrator objected to the proceeding after being made a party to the suit but before a final judgment was entered, and the case is therefore distinguishable from *Leath* v. *Hardman,* 43 *Ga. App.* 270 (158 S. E. 453), where no objection was raised until after the final judgment was entered. Accordingly, the trial court, in the present proceedings to enforce a criminal bond, erred in overruling the administrator's plea that the action should abate until the expiration of twelve months from the date of his qualification as administrator.

*Judgment reversed. Felton, C. J., and Quillian, J., concur.*

DECIDED JANUARY 25, 1955.

*A. C. Felton, III,* for plaintiff in error.
*Charles Burgamy, Solicitor-General,* contra.